No. 957. WARREN W. WILLMERING *v.* UNITED STATES. April 13, 1925. Petition for a writ of certiorari to the

Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. W. Morrow* for petitioner. *The Attorney General* for the United States.